UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.

COLONIAL CLUB COA
SECTION I, INC.

    Plaintiff,

v.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Colonial Club COA Section I ("Colonial Club"), sues Defendant, Great American Insurance Company of New York (the "Insurance Company"), and alleges:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages exceeding the sum of $75,000, exclusive of interest, attorneys' fees, and costs.

2. At all material times, Colonial Club was and is a Florida licensed non-profit corporation conducting business in Palm Beach County, Florida.

3. At all material times, the Insurance Company was and is a foreign corporation licensed to do business in Florida, and conducting business in Palm Beach County, Florida.

4. This court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332 because Plaintiff and Defendant are of diverse citizenship, and the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees.

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
t: 561-241-9500 | f: 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

5. This Court has general personal jurisdiction over the Insurance Company based on its continuous and systematic contacts with the State of Florida, including its entering into insurance contracts with Florida residents.

6. This Court has specific personal jurisdiction over the Insurance Company because it has purposefully availed itself of the privilege of conducting business in Florida.

7. Venue is proper in this District pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to Colonial Club's claim has occurred and are continuing to occur in this District. Venue is also proper in this District pursuant to 28 U.S.C. 1391(d).

## GENERAL ALLEGATIONS

8. At all material times, Colonial Club entered into an insurance contract with the Insurance Company bearing policy number MAC 8-23-61-26-03 (the "Policy"), which provided property insurance for Colonial Club's twenty-five buildings/structures located at Colonial Club Drive, Boynton Beach, Florida 33435 ("Property"), identified on the Policy's Supplemental Schedule of Property. A true and correct copy of the Policy is attached and incorporated hereto as Exhibit A.

9. The Policy provided insurance coverage for Colonial Club's Property for all relevant times.

10. On or about April 1, 2012, the Property suffered substantial water damage as a direct result of defective construction.

11. Although the Policy does not provide coverage to repair the defective construction, the Policy provides coverage for the ensuing water damage that Colonial Club

2

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

suffered and incurred.

12. In accordance with the terms and conditions of the Policy, Colonial Club properly and timely notified the Insurance Company of its claim.

13. The Insurance Company acknowledged Colonial Club's claim and assigned it claim number 571564206 (the "Claim").

14. On or about January 30, 2014, the Insurance Company issued a letter denying the portion of Colonial Club's Claim for damage to the patio enclosure stacks that "was the result of the faulty, inadequate and/or defective workmanship, construction, renovation and/or remodeling, and/or faulty, inadequate and/or defective materials used in construction, renovation and/or remodeling of the patio enclosure stacks." A copy of the Insurance Company's Partial denial letter is attached as Exhibit B.

15. In addition, the Insurance Company admitted coverage for the ensuing water damage to the interior of Colonial Club's Property under the "Select Business Policy Building and Personal Property Coverage Form (form no. SB 86 02 (Ed. 07/02) XS), which states in part as follows:

**B.   Covered Causes of Loss**

   Covered Causes of Loss means **Risks Of Direct Physical Loss** unless loss is:

   **1.**   Excluded in Section **C., Exclusions;** or

   **2.**   Limited in Section **D., Limitations;**

   that follows.

\*   \*   \*

3

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

> 4. We will not pay more than $10,000 for loss or damage to the interior of any building or structure caused by or resulting from rain . . . whether driven by rain or not, unless:
>
>    a. the building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain . . . enters; or
>
>    b. the loss or damage is caused by or results from the thawing of snow, sleet or ice on the building or structure.
>
>    \*   \*   \*

*See* Ex. B.

16. The Insurance Company advised Colonial Club that "the maximum amount of coverage afforded under the Policy for any such interior damage is $10,000 per building, as per the above 'interior limitation' provision." *See* Ex. B.

17. The Insurance Company further advised Colonial Club that since its "claim involves eighteen buildings at the Property, the maximum amount payable under the Policy for interior damages is $180,000." *See* Ex. B.

18. On or about April 17, 2014, the Insurance Company issued payment to Colonial Club in the amount of $49,756.07, which represented the Insurance Company's estimated costs for losses related to interior repairs totaling $54,786.07, less Colonial Club's $5,000.00 deductible.

4

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

19. To date, the Insurance Company has failed and continues to refuse to fully compensate Colonial Club for the damage to its Property.

20. Colonial Club has complied with all terms and conditions of the Policy, and all conditions precedent to the bringing of this action have been performed, waived, or excused.

21. Colonial Club hired undersigned counsel to represent it in this action and is obligated to pay its attorneys a reasonable fee for their services.

22. Pursuant to Section 627.428, Florida Statutes, Colonial Club is entitled to recover the legal fees incurred in bringing this action.

## COUNT I
## BREACH OF CONTRACT

23. Colonial Club adopts and realleges paragraphs 1 – 22 above.

24. By failing to properly and timely adjust the Claim and fully compensate Colonial Club for the ensuing damages resulting from the faulty and defective installation of its balconies, the Insurance Company has breached the Policy.

25. As a result of the Insurance Company's breach of the Policy, Colonial Club has suffered damages, exclusive of costs and attorneys' fees, in excess of the jurisdictional limits of this Court.

WHEREFORE, Colonial Club demands entry of a judgment in its favor and against the Insurance Company for damages in excess of the jurisdictional limits of this Court, together with pre-and post-judgment interest, attorneys' fees, costs, and such other relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

5

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

Colonial Club demands a trial by jury of all issues so triable as a matter of right.

6

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1

Dated this 15th day of April, 2015.

                Respectfully Submitted,

                BERGER SINGERMAN LLP
                *Attorneys for Plaintiff*
                2650 North Military Trail, Suite 240
                Boca Raton, Florida 33431
                Telephone: (561) 241-9500
                Facsimile: (561) 998-0028

                By: /s/Gina Clausen Lozier
                     Michael J. Higer
                     Florida Bar No. 500798
                     mhiger@bergersingerman.com
                     Gina Clausen Lozier
                     Florida Bar No. 38985
                     gclausen@bergersingerman.com
                     Jordan W. Jacob
                     Florida Bar No. 110051
                     jjacob@bergersingerman.com
                     DRT@bergersingerman.com

                     and

                     Valorie S. Chavin
                     Florida Bar No. 14226
                     vchavin@swpalaw.com
                     Shmuely & Willis, P.A.
                     *Co-Counsel for Plaintiff*
                     P.O. Box 611867
                     North Miami, Florida 33261
                     Telephone: (866) 915-9554
                     Facsimile: (305) 981-1054
                     Service Email: pleadings@swpalaw.com

7

BERGER SINGERMAN

2650 NORTH MILITARY TRAIL | SUITE 240 | BOCA RATON, FLORIDA 33431
*t:* 561-241-9500 | *f:* 561-998-0028 | WWW.BERGERSINGERMAN.COM

6344219-1